# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:18-cr-187 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| RUBEN WILLIAMS | ) | |
| also known as "RU KILLA" | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 29) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to a lesser-included offense of Count One of the one-count Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count One of the one-count Indictment; (3) adjudicate Defendant guilty of knowing or intentional possession of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 844; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 29) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to a lesser-included offense of Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser-included offense of Count One of the one-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowing or intentional possession of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 844; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **May 8, 2020, at 2:00 p.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**